IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00459-REB-MJW

STAT NURSES INTERNATIONAL, INC.,

Plaintiff,

v.

PRINCY ALI JOB,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Consented-To Motion to Adjourn Rule 16(b) Conference and to Allow Counsel to Participate by Telephone, (DN 18), filed with the Court on April 26, 2006, is GRANTED.  The Scheduling Conference set on May 8, 2006, at 9:30 a.m., is VACATED and RESET on June 1, 2006, at 10:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.

    It is FURTHER ORDERED that no later than 5 days prior to the Scheduling/ Planning Conference, counsel shall submit their proposed Scheduling Order (in PDF format) in compliance with the newly established ECF Filing Procedures.  An additional copy shall be provided to chambers by e-mail (in WordPerfect format and as an attachment to the email) with the subject line proposed "Scheduling Order" to: Watanabe_Chambers@cod.uscourts.gov.

Date: April 28, 2006