**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00459-REB-MJW

STAT NURSES INTERNATIONAL, INC.,

    Plaintiff,

v.

PRINCY ALI JOB,

    Defendant.

---

MINUTE ORDER[1]

---

    Plaintiff's Unopposed Motion for Leave to Amend Memorandum in Opposition to Defendant's Motion to Transfer Venue [#24] filed May 17, 2006, is GRANTED and Plaintiff Stat Nurses International, Inc.'s Amended Memorandum in Opposition to Defendant's Motion to Transfer Venue [#25] is accepted for filing.   The court points out that plaintiff's brief in opposition is still technically not in compliance with the practice standards.  The signature block is included in the page limitations.

Dated:  May 19, 2006
-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.