**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00459-REB-MJW

STAT NURSES INTERNATIONAL, INC.,

    Plaintiff,

v.

PRINCY ALI JOB,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On June 9, 2006, the parties filed a **Stipulation of Dismissal With Prejudice** [#37]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#37], filed on June 9, 2006, **IS APPROVED**;

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for September 14, 2007, is **VACATED**;

4. That the jury trial set to commence October 1, 2007, is **VACATED**; and

2

5. That any pending motion is **DENIED** as moot.

Dated June 12, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**